FILED
CLERK, U.S. DISTRICT COURT

Nov 23, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_PMC\_\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVEN ROBERT McINTOSH,<br><br>   Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>   Defendant. | Case No. 2:16-cv-7596 SVW (PLAx)<br><br>**JUDGMENT** |

This action came before the Honorable Stephen V. Wilson, District Judge, on a Motion to Dismiss filed by Defendant The Guardian Life Insurance Company of America ("Guardian"). The evidence presented having been fully considered and a decision having been rendered to grant the Motion to Dismiss with Prejudice in favor of Defendant Guardian against Plaintiff Steven Robert McIntosh ("Plaintiff").

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS ORDERED AND ADJUDGED that Plaintiff McIntosh take nothing, that judgment in favor of Guardian and against Plaintiff be entered forthwith, and that Defendant Guardian shall recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

DATED: November 23, 2016  _____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE